1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | Case No. CV 21-01156 AB (JEMx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| CHANEL, INC., | |
| Defendants. | |

THE COURT has been advised that this action has been settled.

THE COURT THEREFORE ORDERS that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 8, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE